## United States Bankruptcy Court
### District of Delaware

In re   **Spimba Inc.**                                                                    Case No.   **22-10777 (LSS)**
                                              Debtor(s)                                    Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX-AMENDED

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   _9. 6. 22_                              _____
                                                Rolf Mörs/Chief Executive Officer
                                                Signer/Title

| | | |
|---|---|---|
| SPIMBA INC.<br>108 PATRIOT DRIVE<br>SUITE A<br>MIDDLETOWN, DE 19709 | EVEREST GLOBAL FREIGHT SERVICES INC<br>1918 STATE ROUTE 27<br>EDISON, NJ 08817 | SELLERSFUNDING INTERNATIONAL CO<br>4TH FLOOR IMPERIAL HOUSE<br>8 KEAN STREET, CITY OF LONDO<br>WC2B 4AS<br>UNITED KINGDOM |
| RONALD S. GELLERT<br>GELLERT SCALI BUSENKELL & BROWN, LLC<br>1201 N. ORANGE STREET<br>SUITE 300<br>WILMINGTON, DE 19801 | GABRIELE GROTENCLOS<br>SENTEE DU BASSIN 6<br>6921 VICO MORCOTE<br>SWITZERLAND | SELLEUROP BV<br>HERENGRACHT 420<br>1017 BZ AMSTERDAM<br>NETHERLANDS |
| ADAM MEDIA BV<br>OVERTOOM 420<br>1054JT AMSTERDAM<br>NETHERLANDS | GERALD T. WALSH<br>ZDARSKY SAWICKI & AGOSTINELLI LLP<br>1600 MAIN PLACE TOWER<br>350 MAIN STREET<br>BUFFALO, NY 14202 | SONWIL LOGISTICS<br>2732 TRANSIT ROAD<br>BUFFALO, NY 14225 |
| AFFIRM, INC<br>185 BERRY ST #550<br>SAN FRANCISCO, CA 94107 | GUZMAN PALLET CORP<br>3105 AVENUE E ST<br>ARLINGTON, TX 76011 | STRIPE<br>185 BERRY STREET, #550<br>SAN FRANCISCO, CA 94107 |
| ARIEL BOUSKILA<br>80 BROAD ST SUITE 3303<br>NEW YORK, NY 10004 | HELPING ONE MORE ENTREPRENEUR, LLC<br>ATTN: JOSEPH F. RICHICHI<br>108 PATRIOT DRIVE, SUITE A<br>MIDDLETOWN, DE 19709 | THE LCF GROUP<br>3000 MARCUS AVENUE<br>SUITE 2W15<br>NEW HYDE PARK, NY 11042 |
| BEHANDLING TRANSPORT SERVBICE N.V.<br>BOUWERIJSTRAAT 2<br>B-2620 HEMIKSEM<br>BELIGUM | MOSHENTSEV DENIS SERGEEVICH<br>20, VELYKA MORSKA<br>MYKOLAIV | U13N LLC<br>151ST PL SE<br>MONROE, WA 98272 |
| CFT CLEAR FINANCE TECHNOLOGY CORP<br>A BRITISH COLUMBIA (CANADA) COMPANY<br>1200-33 YONGE STREET<br>TORONTO, ONTARIO, M5E 1G4<br>CANADA | MUTESIX, LLC<br>P.O. BOX 22899<br>NEW YORK, NY 10087 | VICKI SAMA<br>CLEANBOOKS LLC |
| CUSTOMERS (FILED SEPARATELY) | NEWCO CAPITAL GROUP<br>CAPYTAL.COM<br>1801 NE 123RD STREET<br>SUITE 421<br>MIAMI, FL 33181 | WESTRIDGE INTERNATIONAL LLC<br>9725 SW BEAVERTON-HILLSDALE H<br>SUITE 212<br>BEAVERTON, OR 97005 |
| ESTES FORWARDING WORLDWIDE LLC<br>P.O. BOX 26206<br>RICHMOND, VA 23260 | OLEKSANDR LEVCHENKO<br>54018<br>NIKOLAEV, KOBERA LANE, 13-B<br>APT. 129<br>UKRAINE | WHEELER WOLFENDEN AND DWA<br>4550 LINDEN HILL ROAD, SUITE 2<br>WILMINGTON, DE 19808 |
| EUTRACO NV<br>SAMBERSTRAAT 69A<br>B-2060 ANTWERPEN<br>BELIGUM | REMOTE TECHNOLOGY SERVICES, INC.<br>18 BARTOL STREET<br>SAN FRANCISCO, CA 94133 | |